■ In the Matter of ASSUNTA GALIETTI, Respondent, v JOHN GALIETTI, Appellant.—In a support proceeding, the husband appeals from an order of the Family Court, Kings County, dated September 3, 1976, which, after a hearing, awarded petitioner-respondent $35 per week for support. Order

affirmed, without costs or disbursements. The Family Court did not abuse its discretion by ordering the husband to pay support. Although the separation of the parties occurred a short time after their marriage, a husband has a legal obligation to support his wife (Family Ct Act, § 412). Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.